**Order entered September 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00471-CR**
**No. 05-21-00472-CR**

**JEWELL LEE THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-31413-T & F18-10610-T**

**ORDER**

The reporter's record in these appeals was due on July 26, 2021. In our September 7, 2021 order, we noted that court reporter Sharina Fowler was responsible for filing the reporter's record and ordered her to file the complete reporter's record in these appeals by September 13, 2021. To date, the reporter's record has not been filed and we have had no communication from Ms. Fowler.

We **ORDER** court reporter Sharina Fowler to file the complete reporter's record in these appeals by October 8, 2021. If Ms. Fowler fails to do so, we will order she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; to Sharina Fowler, acting official court reporter; to Crystal Carey, deputy court reporter; to Vearneas Faggett, deputy court reporter; to Janessa Thornell, deputy court reporter; to Janice Garrett, deputy court reporter; and to counsel for all parties.

/s/ LANA MYERS
JUSTICE